Robert K. Meyer, OSB #086470
Email: robert@oregonworkplacelaw.com
Talia Y. Guerriero, OSB #115271
Email: talia@oregonworkplacelaw.com
Meyer Stephenson
1 SW Columbia St., Suite 1850
Portland, OR 97204
Phone: (503) 459-4010

Whitney Stark, OSB #090350
Email:  whitney@albiesstark.com
Albies & Stark
1 SW Columbia St., Suite 1850
Portland, OR 97204
Phone: (503) 308-4770

Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **DAVID PEER,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff<br><br>　　v.<br><br>**RICK'S CUSTOM FENCING AND DECKING, INC.,** a domestic business corporation**,** and **RICHARD LEE STANLEY**, an individual,<br><br>　　　　　　　　Defendants | Case No.  3:20-cv-01155<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

### LR 7.1 CERTIFICATION

Plaintiff's counsel conferred with counsel for Defendants and Defendants do not oppose the proposed amendments and have consented in writing to the proposed amendments.

**Page | 1** PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

## MOTION

Pursuant to Fed. R. Civ. P. 15(a) and L.R. 15, Plaintiff David Peer moves the Court for leave to file his Second Amended Complaint, a copy of which is attached hereto as Exhibit A.

The proposed Second Amended Complaint amends the First Amended Complaint to add Mark Moline as a named Plaintiff and class representative, and makes related edits and changes arising from the addition of a new named Plaintiff.

Plaintiff timely filed this lawsuit on July 17, 2020 alleging individual discrimination and retaliation claims related to his use of protected leave and worker's compensation system as well as FLSA collective action claims related to Defendants' improper use and application of the employees' commission agreements. [Dkt. 1]. Plaintiff filed his First Amended Complaint on December 14, 2020 to clarify the facts related to both his protected leave and the commission calculations and to add Class Action allegations and claims.[Dkt. 23]

## POINTS AND AUTHORITIES

Rule 15 (a) of the Federal Rules of Civil Procedure provides that, prior to trial, "a party may amend its pleading with the opposing party's written consent or the court's leave." Here, Plaintiff's unopposed motion for leave to amend his complaint should be granted because Plaintiff has obtained the opposing parties' written consent for the proposed amendments.

/ / /


/ / /

## CONCLUSION

Plaintiff's motion for leave to amend his complaint should be granted pursuant to Rule 15 of the Federal Rules of Civil Procedure as Defendants, through their counsel, have consented in writing to the proposed amendments.

Dated: November 2, 2021

                                                    ALBIES & STARK
                                                    *s/ Whitney Stark*

                                                  Whitney Stark, OSB #090350

                                                  MEYER STEPHENSON
                                                  Robert K. Meyer, OSB #086470
                                                  Talia Y. Guerriero, OSB #115271

                                                  Of Attorneys for Plaintiff