IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **DAVID PEER** and **MARK MOLINE**, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     v.<br><br>**RICK'S CUSTOM FENCING AND DECKING, INC.**, a domestic business corporation**,** and **RICHARD LEE STANLEY**, an individual,<br><br>          Defendants. | Case No.: 3:20-cv-01155-AR<br><br>JUDGMENT |

**ARMISTEAD, Magistrate Judge**

Having resolved Plaintiffs' Motion for Final Approval of Class Action Settlement (ECF No. 171) and Motion for Attorney Fees and Costs (ECF No. 167), the court

**HEREBY ORDERS, ADJUDGES, AND DECREES:**

1. This Judgment incorporates by reference the Order dated November 16, 2022 (ECF No. 176); and

2. For the reasons stated in and in accordance with the terms set forth in that Order, Plaintiffs' Motions for Final Approval of Class Action Settlement and Motion for Attorney Fees and Costs are granted. Accordingly, this case is closed.

November 16, 2022

_____
JEFFREY ARMISTEAD
United States Magistrate Judge

-1-   JUDGMENT